# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION 08-00010-KD** |
| **CLIFFORD COOKE,** | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on the United States' motion to reduce sentence pursuant to Federal Rule of Criminal Procedure 35 (doc. 59) and Cooke's response (doc. 61). On September 23, 2009, judgment was entered wherein Cooke was sentenced to 160 months as to Count 1 and the Court ordered that Cooke "shall be given credit for the time served in state custody in Case # CC 07-235". (doc. 45). In its motion, the United States asserts that Cooke's cooperation and testimony was of substantial assistance in a trial for Assault, First Degree, in the Circuit Court of Mobile County and moves the Court to reduce the sentence to 141 months. In his response, Cooke provides additional evidence in support of a reduction of sentence and requests that the Court reduce his sentence to 104 months.

Upon consideration of the foregoing, the Court finds Cooke's cooperation to be substantial and that he is entitled to a reduction of sentence of twenty percent (20%) from his current sentence of 160 months. Accordingly, the motion (doc. 59) is **GRANTED** and Cooke's current sentence of 160 months is reduced to 128 months. All other provisions of the original sentence remain the same including the order that Cooke shall be given credit for the time served in state custody in Case # CC 07-235.

**DONE** and **ORDERED** on this the 18th day of January, 2011.

                                               s/ Kristi K. DuBose  
                                               **KRISTI K. DuBOSE**  
                                               **UNITED STATES DISTRICT JUDGE**