IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLIFFORD SCOTT COOKE,** ) | |
| Movant, ) | |
| ) | **CIVIL ACTION NO. 1:20-00031-KD** |
| v. ) | |
| ) | **CRIMINAL ACTION NO. 1:08-00010-KD-N** |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

# ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (doc. 165) is made, the Report and Recommendation (Doc. 161) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated August 6, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Clifford Scott Cooke's superseding Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 dated January 23, 2020 (Doc. 137) is **DISMISSED with prejudice** as time-barred in part and without merit in part, that Cooke's initial § 2255 motion (Doc. 134) is **MOOT** in light of the superseding § 2255 motion, and that Cooke is **DENIED** a certificate of appealability in relation to this dismissal.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 31st day of August 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE